# Exhibit B

# Psycho Bunny
by ROBERT GODLEY
Est. 2005 · NEW YORK

- Sign In
- Checkout
- **Your Cart** (0 added)
- **Total:** $0.00

shop    about    blog

Search [Go]

- Web Exclusives ›
- Hats, Gloves, Scarves ›
- Long Sleeve/Rugby ›
- Sweaters ›
- Outerwear ›
- Mens Polos ›
- Womens ›
- Neckwear ›
- Sport Shirts ›
- Socks ›
- Sports & Baseball Caps ›
- Hoodies and T Shirts ›
- SALE ITEMS ›
- Gift Cards



FREE GROUND SHIPPING
**ON ORDERS OF
2 ITEMS OR MORE!**

**Join Our Mailing List
and get 10% off your
next order!**

Email:
[Go]

### And the story goes...

Longtime friends Robert Godley and Robert Goldman founded Psycho Bunny in the Spring of 2005 with their first collection of handmade neckties. With the pair drawing upon their cumulative experience in neckwear design and production they introduced their long-eared, crossbone-clad icon to the world, and quickly earned an enthusiastic following in America and Japan.

With silks produced in a 270-year-old mill in Sudbury, England, the neckties are made by hand in Mr. Goldman's own workroom here in the United States. Goldman's family has been hand-making neckties for three generations, and are one of the few makers of their kind still in operation today . Since beginning as a small neckwear line, Psycho Bunny has maintained its reputation as a brand committed to meticulous quality, traditional craftsmanship and the finest materials in the manufacture of its goods.

The collection has grown since the inaugural season and now includes a range of cashmere scarves in classic tartans, pima cotton polo shirts (now for women as well), fine cotton oxfords with mother of pearl buttons, colorful pima cotton socks, luxurious merino sweaters, supergeelong ski hats, hand-enameled sterling silver cufflinks and a range of small leather goods produced in partnership with Ettinger of London.

The collection continues to exhibit designer Robert Godley's ability to endearingly turn classic English and American design on its head with a distinctive wit, humor  and positive sensibility. Customers all over the globe are identifying with the brand's take on menswear staples and its infusion of fun and vitality into one's wardrobe.

**ABOUT ROBERT GODLEY**

Designer Robert Godley was born in Whitstable, Kent, and grew up in London. He began his career at the age of 18 when he took a job with David Evans, a silk fabric printer, gaining his initial experience in the textile and clothing industries. After six years with Evans, Godley was hired by the Italian textile mill, Mantero, to oversee operations at their Savile Row showroom in London. In 1996, Godley assumed his first major creative position at Turnbull and Asser, Jermyn Street. He later moved to Drakes of London, where he worked for seven years as Design Director. In 2004, Ralph Lauren invited him to join his company in New York City, where he worked before striking out on his own to form Psycho Bunny.

**ABOUT ROBERT GOLDMAN**

Robert Goldman remembers his grandfather and father at work in the family's necktie workshop from an early age, and began helping out after school in his teens.

After college, Goldman decided to broaden his experience within the industry, and worked as a buyer and sales manager for major retail chains for a number of years before officially entering into the family business in 1993. Today he continues to oversee the family necktie business while working on the Psycho Bunny line.  He resides in Westchester County with his wife and three children.



Mr. Godley above Psycho Bunny's New York offices.

Home   Advanced Search   View Cart   Checkout   About Psycho Bunny   Sizing   Contact Us   Ordering Information   Shipping & Returns

Copyright © 2012 Psycho Bunny. All Rights Reserved.



# Psycho Bunny
**by ROBERT GODLEY**
Est. 2005 · NEW YORK

- Sign In
- Checkout
- Your Cart (0 added)
- Total: $0.00

shop    about    blog                                    Search    [Go]

**Web Exclusives** ›
**Hats, Gloves, Scarves** ›
**Long Sleeve/Rugby** ›
**Sweaters** ›
**Outerwear** ›
**Mens Polos** ›
**Womens** ›
**Neckwear** ›
**Sport Shirts** ›
   › Kennedy
   › Windsor
**Socks** ›
**Sports & Baseball Caps** ›
**Hoodies and T Shirts** ›
**SALE ITEMS** ›
**Gift Cards**





Join Our Mailing List and get 10% off your next order!
Email:
[Go]


**Kennedy Red White and Blue Plaid Sport Shirt**
Price: **$175.00**


**Kennedy Red White and Blue Small Check Sport Shirt**
Price: **$175.00**


**Kennedy Red White and Blue Thin Plaid Sport Shirt**
Price: **$175.00**


**Kennedy Solid Navy Sport Shirt**
Price: **$175.00**


**Kennedy Solid Red Sport Shirt**
Price: **$175.00**


**Kennedy Solid White Sport Shirt**
Price: **$175.00**


**Windsor Gingham 2 Color Sport Shirt in aqua/blue**
Price: **$175.00**


**Windsor Gingham 2 Color Sport Shirt in green/blue**
Price: **$175.00**


**Windsor Gingham 2 Color Sport Shirt in orange/blue**
Price: **$175.00**


**Windsor Gingham 2 Color Sport Shirt in pink/blue**
Price: **$175.00**


**Windsor Gingham 2 Color Sport Shirt in purple/blue**
Price: **$175.00**


**Windsor Gingham Sport Shirt in orange/blue/tan**
Price: **$175.00**


**Windsor Gingham Sport Shirt in pink/blue/tan**
Price: $175.00


**Windsor Gingham Sport Shirt in purple/blue/tan**
Price: $175.00


**Windsor Gingham Sport Shirt in yelow/blue/tan**
Price: $175.00

Home   Advanced Search   View Cart   Checkout   About Psycho Bunny   Sizing   Contact Us   Ordering Information   Shipping & Returns

Copyright © 2012 Psycho Bunny. All Rights Reserved.