# Exhibit C



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Dec 17 05:03:59 EST 2012*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: Leather and imitations of leather and goods made of these materials, namely, leather cases, leather straps and leather bags; travelling bags; umbrellas; parasols; whips; wallets; bags, namely, leather bags, handbags, all-purpose carrying bags, rucksacks, athletic bags, duffel bags, book bags and weekend bags |
| | IC 025. US 022 039. G & S: Clothing, namely, skirts, t-shirts, jogging bottoms, tracksuits, sweatshirts, jumpers, hooded sweatshirts, cardigans, blouses, trousers, dresses, shorts, pinafores, underwear, socks, gloves, leg warmers and belts; outer clothes, namely, jackets and coats; gothic wear, namely, skirts, t-shirts, jogging bottoms, tracksuits, sweatshirts, jumpers, hooded sweatshirts, cardigans, blouses, trousers, dresses, shorts, pinafores, underwear, socks, gloves, leg warmers and belts in a gothic style; club wear, namely, skirts, t-shirts, jogging bottoms, tracksuits, sweatshirts, jumpers, hooded sweatshirts, cardigans, blouses, trousers, dresses, shorts, pinafores, underwear, socks, gloves, leg warmers and belts in a style suitable for attending night clubs; footwear; headgear, namely, hats, caps and bandannas; braces for clothing; haberdashery, namely, ties, scarves and gloves; leather clothes, namely, leather jackets, leather pants, leather coats, and leather gloves |
| | IC 026. US 037 039 040 042 050. G & S: Lace and embroidery; ribbons and braid; buttons, namely, buttons for clothing, novelty buttons and rivet buttons; hooks and eyes; pins, namely, sewing pins, bobby pins, and hair pins; needles; artificial flowers; ornamental novelty badges for wear; hair accessories, namely, hair grips, hair clips, hair pins and hair bands; brooches for clothing; articles of common metal for use as fittings for clothing, namely, belt buckles, buttons for clothing, clasps for clothing and clothing hooks; metal press studs; fancy goods, namely, lace trimming and snap fasteners for clothing; expanding bands, namely, elastic hair bands and elastic bands for use in clothing |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 02.11.10 - Bones, human; Human skeletons, parts of skeletons, bones, skulls; Skulls, human<br>02.11.11 - Human skull and crossbones (poison symbol); Poison symbol (skull and crossbones) |

| | |
|---|---|
| | 03.09.01 - Bunnies; Hares; Rabbits<br>03.09.24 - Stylized small mammals, rodents, kangaroos, wallabies |
| **Trademark Search Facility Classification Code** | ANI-MISC Part of the animals including animal bones,horns,claws,shells,eyes,coral,paws,eggs, feathers,hides or skins<br>GROT-ANI Exaggerated depiction of an animal<br>HUM Accurate representation of a human form, or any portion of a human form |
| **Serial Number** | 77833880 |
| **Filing Date** | September 24, 2009 |
| **Current Basis** | 44E |
| **Original Filing Basis** | 44E |
| **Published for Opposition** | March 30, 2010 |
| **Registration Number** | 3802397 |
| **Registration Date** | June 15, 2010 |
| **Owner** | (REGISTRANT) Balraj Kudhail INDIVIDUAL UNITED KINGDOM 95/96 Whitechapel High Street London UNITED KINGDOM E17RA |
| **Attorney of Record** | Jeffrey H Greger |
| **Prior Registrations** | 3673457 |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of a stylized logo of a rabbit skull and cross bones. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Dec 17 05:03:59 EST 2012*

[TESS Home] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | LOVE RABBY |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: Handbag frames; purse frames; horseshoes; leather containers for packaging, namely, leather envelopes and pouches for packaging, leather bags for merchandise packaging, leather envelopes for merchandise packaging, leather pouches for merchandise packaging; clothing for domestic pets; collars for animals; leads for pets, namely, dog leads, and leather leads; boots and shoes for animals; bags, namely, backpacks, book bags, sports bags, bum bags, handbags, sport bags, belt bags, boston bags, carry-all bags, shoulder bags, charm bags, school children's backpacks, beach bags, feed bags for animals, wine bags with handles for carrying wine, shoe bags for travel, traveling bags, school bags, diaper bags, duffel bags, trunks and suitcases; pouches, namely, knitted, kilted, leather, vinyl and canvas pouches; purchased products, namely, pouches for holding school supplies that fit over the back of a chair; pouches for holding keys, pouches for holding pet accessories, card cases, purses, wallets, drawstring pouches and business card cases; unfitted vanity cases; umbrellas and structural parts therefor; [ walking sticks; canes; metal parts of canes and walking-sticks; handles of canes and walking-sticks; saddlery; ] unworked or semi-worked leather and fur; leather straps; rawhides; raw skins; tanned leather; fur<br><br>IC 025. US 022 039. G & S: Clothing, namely, baby bodysuits, baby bottoms, baby buntings, baby doll pajamas, baby tops, bathing suits, bathing suits for men, bating suits for kids, beach cover-ups, beachwear, bathrobes, textile belts, blouses, blousons, body linens, bomber jackets, camisoles, capri pants, children's infants cloth bibs, neck tubes, coats, dress shirts, dress suits, dresses, golf shirts, golf trousers, gym suits, jackets, jeans, jerseys, jogging outfits, jumpers, jumpsuits, leather jackets, leg warmers, suits, nurse dresses, one piece outfits, pants, raincoats, rainwear, robes, rompers, shirts, silk scarves, ski suits, snow suits, sport jerseys, tank tops, ties, vests, pants, shorts, jeans, and wind coats; sweaters, cardigan sweaters and vests; shirts, t-shirts, shirt cuffs, shirt collars, shirts, blouses, polo shirts and sweatshirts; nightwear; underwear; swimwear; swimming caps; Japanese traditional clothing, namely, sash bands for kimono (Obi), bustle holder bands for obi (Obiage), bustles for obi-knots (Obiage-shin), waist strings for kimonos (Koshihimo), undershirts for kimonos (Koshimaki), undershirts for kimonos (Juban), tightening-up strings for kimonos |

|  |  |
|---|---|
|  | (Datejime), wrap belts for kimonos (Datemaki), full-length kimonos (Nagagi), short overcoat for kimono (Haori), string fasteners for haori (Haori-himo), pleated skirts for formal kimonos (Hakama), detachable neckpieces for kimonos (Haneri), Japanese sleeping robes (Nemaki); sleep masks; aprons; collar protectors; socks and stockings; puttees and gaiters; fur stoles; shawls; scarves; Japanese style socks (Tabi); Japanese style socks (Tabi covers); gloves and mittens; babies' diapers of textiles; neckties; neckerchieves; bandanas; warm-keeping supports, namely, leg warmers, leggings, support stockings, and support hose; mufflers; ear muffs; hoods; sedge hat (Suge-Gasa); nightcaps; headwear and caps. clothing in the nature of heat-protection caps, namely, fur-lined hats and caps; garters; sock suspenders; suspenders; waistbands; belts for clothing; footwear not for sports; shoes and boots; shoe dowels, shoe pegs, shoe handles, namely, shoe straps; protective metal members for shoes and boots; Japanese style wooden clogs (Geta); Japanese style sandals (Zori); masquerade costumes; special sportswear, namely, shorts, shirts, pants, jackets, coats, vests and bathing suits, ski masks, wet suits; special sports footwear, namely, golf shoes; soccer shoes; ski boots; snowboard boots; gymnastic shoes; tennis shoes; climbing boots mountaineering boots; basketball sneakers; volleyball shoes; handball shoes; bowling shoes; boxing shoes; hockey shoes; baseball shoes; rugby shoes; footwear for track and field athletics; football shoes; hiking boots; running shoes; cleats for attachment to sports shoes; horse-riding boots |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.11.01 - Hearts excluding hearts as carriers or depicted on playing cards<br>03.09.01 - Bunnies; Hares; Rabbits<br>03.09.24 - Stylized small mammals, rodents, kangaroos, wallabies<br>03.13.02 - Bones (animals, four-footed mammals); Skeletons (animals, four-footed mammals); Skulls (animals, four-footed mammals)<br>26.01.02 - Circles, plain single line; Plain single line circles<br>29.01.07 - Inconspicuous designs functioning as punctuation or parts of letters; Small, inconspicuous design elements functioning as punctuation or parts of letters |
| **Trademark Search Facility Classification Code** | ANI-MISC Part of the animals including animal bones,horns,claws,shells,eyes,coral,paws,eggs, feathers,hides or skins<br>GROT-ANI Exaggerated depiction of an animal<br>SHAPES-CIRCLE Circle figures or designs including semi-circles and incomplete circles<br>SHAPES-GEOMETRIC Geometric figures and solids including squares, rectangles, quadrilaterals and polygons<br>SHAPES-HEARTS Heart shaped design |
| **Serial Number** | 79051204 |
| **Filing Date** | August 31, 2007 |
| **Current Basis** | 66A |
| **Original Filing Basis** | 66A |
| **Published for Opposition** | February 17, 2009 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | **3616210** |
| **International Registration Number** | 0956922 |
| **Registration Date** | May 5, 2009 |
| **Owner** | (REGISTRANT) CROWN CREATIVE CO., LTD. CORPORATION JAPAN 33-3, Yanaka 1-chome Adachi-ku; Tokyo 120-0006 JAPAN |
| **Attorney of Record** | GABRIELLE S. ROTH |
| **Priority Date** | August 24, 2007 |
| **Prior Registrations** | 2815530 |

| | |
|---|---|
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Dec 17 05:03:59 EST 2012*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | HELL BUNNY |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely, skirts, t-shirts, jogging bottoms, tracksuits, sweatshirts, jumpers, hooded sweatshirts, cardigans, blouses, trousers, dresses, shorts, pinafores, underwear, socks, gloves, leg warmers and belts; outer clothes, namely, jackets and coats; gothic wear, namely, skirts, t-shirts, jogging bottoms, tracksuits, sweatshirts, jumpers, hooded sweatshirts, cardigans, blouses, trousers, dresses, shorts, pinafores, underwear, socks, gloves, leg warmers and belts in a gothic style; club wear, namely, skirts, t-shirts, jogging bottoms, tracksuits, sweatshirts, jumpers, hooded sweatshirts, cardigans, blouses, trousers, dresses, shorts, pinafores, underwear, socks, gloves, leg warmers and belts in a style suitable for attending night clubs; footwear; headgear, namely, hats, caps and bandannas; braces for clothing; haberdashery, namely, ties, scarves and gloves; leather clothes, namely, leather jackets, leather pants, leather coats, and leather gloves. FIRST USE: 20050430. FIRST USE IN COMMERCE: 20070831 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.11.10 - Bones, human; Human skeletons, parts of skeletons, bones, skulls; Skulls, human<br>03.09.01 - Bunnies; Hares; Rabbits<br>03.09.24 - Stylized small mammals, rodents, kangaroos, wallabies<br>26.09.21 - Squares that are completely or partially shaded |
| **Trademark Search Facility Classification Code** | GROT-ANI Exaggerated depiction of an animal<br>HUM Accurate representation of a human form, or any portion of a human form<br>SHAPES-COLORS-3-OR-MORE Design listing or lined for three or more colors<br>SHAPES-GEOMETRIC Geometric figures and solids including squares, rectangles, quadrilaterals and polygons |
| **Serial Number** | 77119696 |
| **Filing Date** | March 1, 2007 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |

| | |
|---|---|
| **Published for Opposition** | September 16, 2008 |
| **Registration Number** | **3673457** |
| **Registration Date** | August 25, 2009 |
| **Owner** | (REGISTRANT) Kudhail, Balraj INDIVIDUAL UNITED KINGDOM 95/96 Whitechapel High Street London UNITED KINGDOM E1 |
| **Attorney of Record** | Jeffrey H. Greger |
| **Description of Mark** | The color(s) red, white, and black is/are claimed as a feature of the mark. The mark consists of a black square background with the words "HELL BUNNY" written in red below an image of a white rabbit head featuring red eyes and a red mouth superimposed over white bones. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Dec 17 05:03:59 EST 2012*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely, activewear, sportswear, skatewear, and other clothing for sports, namely, T-shirts, shirts, socks, sweatshirts, tops, hats, headgear, namely, baseball caps, beanies, and caps, headwear. FIRST USE: 20031231. FIRST USE IN COMMERCE: 20031231<br><br>IC 028. US 022 023 038 050. G & S: Sporting goods, namely, skateboards, skateboard decks, skateboard wheels, skateboard wheel assemblies and replacement parts and fittings, namely, bearings, bushings; ball bearings for skateboards. FIRST USE: 20031231. FIRST USE IN COMMERCE: 20031231 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 03.09.06 - Gerbils; Guinea pigs; Hamsters; Mice; Moles; Rats; Rats, mice, moles, gerbils, guinea pigs and the like<br>03.13.05 - Bones (birds, fish, reptiles, insects, dinosaurs); Dinosaur bones, skeletons, skulls; Skeletons (birds, fish, reptiles, insects, dinosaurs); Skulls (birds, fish, reptile, insects, dinosaurs) |
| **Trademark Search Facility Classification Code** | ANI-MISC Part of the animals including animal bones,horns,claws,shells,eyes,coral,paws,eggs, feathers,hides or skins<br>GROT-ANI Exaggerated depiction of an animal |
| **Serial Number** | 77218537 |
| **Filing Date** | June 28, 2007 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 13, 2008 |
| **Registration** | 3603333 |

| | |
|---|---|
| **Number** | |
| **Registration Date** | April 7, 2009 |
| **Owner** | (REGISTRANT) Powell, George A. INDIVIDUAL UNITED STATES 920 Garden Street, Suite A c/o Koenig & Associates Santa Barbara CALIFORNIA 93101 |
| **Attorney of Record** | Kurt Koenig |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of a black image on a white background of a rat face with two bones appearing underneath the rat face. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY