# Exhibit C



Page 4



Page 5



Page 6

Page 7



Page 8

Page 9

Case 1:12-cv-08907-PKC    Document 11-4    Filed 12/17/12    Page 6 of 7



Google Images Home    Switch to basic version    Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy & Terms    About Google